IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILEY SANDERS TRUCK LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: CV-_____ |
| ) | 2:07CV829-WKW |
| TRIMAC TRANSPORTATION, INC., ) | |
| and CHARLES A. GARCIA, ) | |
| ) | TRIAL BY JURY DEMANDED |
| Defendants. ) | |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff Wiley Sanders Truck Lines, Inc., is an Alabama corporation with its principal place of business in Pike County, Alabama.

2. Defendant Trimac Transportation, Inc. is a company incorporated in Delaware and doing business in Alabama.

3. Defendant Charles A. Garcia is over the age of nineteen (19) years and resides in Haywood, California.

### COUNT 1

4. Plaintiff adopts and realleges paragraphs 1 through 3 above as if fully set forth herein.

5. On or about the 18th day of December, 2006, upon a public highway, to wit: Interstate 65 in Lowndes County, Alabama, the Defendant, Charles A. Garcia, while driving a motor vehicle owned and controlled by Defendant Trimac Transportation, Inc., negligently and wantonly caused or allowed said motor vehicle to collide with a motor vehicle owned by the Plaintiff, Wiley Sanders Truck Lines, Inc.

6. As a proximate cause of the Defendant Charles A. Garcia's said negligence and wantonness, Plaintiff was caused to suffer property damage to its vehicle, trailer and property totaling a sum in excess of $75,000.00.

WHEREFORE, Plaintiff demands judgment against the Defendant Charles A. Garcia in the sum of $250,000.00 to compensate Plaintiff for its property damage, loss of revenue, interest and costs.

## COUNT 2

7. Plaintiff adopts and realleges paragraphs 1 through 6 above as if fully set forth herein.

8. On or about the 18th day of December, 2006, upon a public highway, to wit: Interstate 65 in Lowndes County, Alabama, the Defendant Trimac Transportation negligently and wantonly entrusted their motor vehicle to Defendant Charles A. Garcia.

9. Such negligent and wanton entrustment caused or allowed said motor vehicle to collide with a motor vehicle owned by Plaintiff.

10. As a result of the Defendant Trimac Transportation's said negligence and wantonness, Plaintiff was caused to suffer property damage to its motor vehicle, trailer, property and loss of revenue due to the inability to use the property in its business.

WHEREFORE, Plaintiff demands judgment against the Defendant Trimac Transportation in the sum of $250,000.00 to compensate Plaintiff for its property damage, loss of revenue, interest and costs. Plaintiff further demands punitive judgment against the Defendant in amount a jury would deem appropriate to deter Defendant from committing such publicly destructive acts in the future.

*/s/ Grady A. Reeves*
Grady A. Reeves (REE002)
Matthew M. Baker (BAK017)
Attorneys for Wiley Sanders Truck Lines, Inc.

OF COUNSEL:

CERVERA, RALPH & REEVES, LLC
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081
(334) 566-0116 phone
(334) 566-4073 facsimile
troylaw@troycable.net
mbaker@troycable.net

## JURY DEMAND

Plaintiff demands a trial by jury on all issues of the cause.

*/s/ Grady A. Reeves*
Of Counsel for Plaintiff

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000440
Cashier ID: cstrecke
Transaction Date: 09/14/2007
Payer Name: CERVERA RALPH AND REEVES LLC
------------------------------------
CIVIL FILING FEE
 For: CERVERA RALPH AND REEVES LLC
 Case/Party: D-ALM-2-07-CV-000829-001
 Amount:        $350.00
------------------------------------
CHECK
 Remitter: CERVERA RALPH
 Check/Money Order Num: 24553
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

DALM207CV000829-WKW

WILEY SANDERS V TRIMAC ET AL

CERVERA RALPH AND REEVES LLC

914 S BRUNDIDGE STREET

TROY, AL  36081