AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

WILEY SANDERS TRUCK LINES, INC.

V.

TRIMAC TRANSPORTATION, INC. AND
CHARLES A. GARCIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV 829 - WKW

TO: (Name and address of Defendant)

CHARLES A. GARCIA
P.O. BOX 3983
HAYWOOD, CA 94540

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Grady A. Reeves and Matthew Baker
Cervera, Ralph & Reeves, L.L.C.
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 9/17/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____   District of   _____ALABAMA_____

WILEY SANDERS TRUCK LINES, INC.

V.

TRIMAC TRANSPORTATION, INC. AND
CHARLES A. GARCIA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV829-WKW

TO: (Name and address of Defendant)

TRIMAC TRANSPORTATION, INC.
10659 Sessler Street
South Gate, California 90280

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Grady A. Reeves and Matthew Baker
Cervera, Ralph & Reeves, L.L.C.
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                       9/17/07

CLERK                                                   DATE

(By) DEPUTY CLERK