**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WILEY SANDERS TRUCK LINES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:07cv829-WKW |
| | ) |
| **TRIMAC TRANSPORTATION, INC.,** | ) |
| and **CHARLES A. GARCIA,** | ) |
| | ) |
| **Defendants.** | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of the court, the undersigned parties to the above captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Respectfully submitted this the 18th of September, 2007.

                                                                                                              s/ Grady A. Reeves
                                                                                                              Grady A. Reeves (REE042)

                                                                                                              s/ Matthew M. Baker
                                                                                                              Matthew M. Baker (BAK017)

OF COUNSEL:
CERVERA, RALPH, & REEVES, LLC
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081
phone (334) 566-0116
fax     (334) 566-4073

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by placing the same in the U.S. Mail, postage prepaid and properly addressed to:

Trimac Transportation, Inc.
10659 Sessler Street
South Gate, California 90280

Charles A. Garcia
P.O. Box 3983
Haywood, California 94540

this the 18th day of September, 2007.

                                                                      s/Grady A. Reeves
                                                                      OF COUNSEL