IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILEY SANDERS TRUCK LINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:07cv829-WKW |
| | § | |
| TRIMAC TRANSPORTATION, INC., and CHARLES A. GARCIA, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Come now defendants Trimac Transportation Services (Western), Inc. and Charles Garcia and pursuant to Federal Rule of Civil Procedure 6(b), request an additional twenty-one (21) days to answer or otherwise respond to the plaintiff's complaint, and to file a counterclaim against the plaintiff. In support thereof, defendants show as follows:

1. The defendants, and their attorneys, have not been able to complete a meaningful investigation of this case upon which to base an answer and counterclaim against the plaintiff, and need additional time to complete the investigation.

2. Undersigned counsel has conferred with the plaintiff's attorney, and the plaintiff does not have an objection to the Court granting this motion.

WHEREFORE, defendants respectfully request an additional twenty-one (21) days to answer or otherwise respond to the plaintiff's complaint, and file a counterclaim against the plaintiff.

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama  36601
(251) 405-1300
(251) 432-6843


By: _s/ J. Walton Jackson_____
       J. WALTON JACKSON (JACKJ1045)

Attorneys for Defendants, Trimac
and Charles Garcia

**CERTIFICATE OF SERVICE**


I hereby certify that I have on this  15th   day of October 2007 electronically filed a copy of the foregoing using the Alafile system which will send notification to the following party via electronic mail:


       _s/ J. Walton Jackson_____