IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILEY SANDERS TRUCK LINES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:07-cv- 829-WKW |
| TRIMAC TRANSPORTATION, INC., *et al.*, | ) ) ) |
| Defendants | ) |

## **ORDER**

Upon consideration of the defendant's Unopposed Motion for Enlargement of Time (Doc. #5), it is ORDERED that the motion is GRANTED. Defendant shall answer or otherwise respond on or before November 19, 2007.

DONE this 17th day of October, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE