IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILEY SANDERS TRUCK LINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:07CV829-WKW |
| | § | |
| TRIMAC TRANSPORTATION, INC., and CHARLES A. GARCIA, | § | |
| | § | |
| Defendants. | § | |

## CONFLICT DISCLOSURE STATEMENT

Comes now Trimac Transportation Services (Western), Inc. (improperly identified as Trimac Transportation, Inc. in the plaintiff's complaint), a defendant in the above-captioned matter, and in accordance with the order of this court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

√   The following entities and their relationship to the party are hereby reported:

| Reported Entity | Relationship to Party |
|---|---|
| Trimac Equipment Leasing, Inc. | Subsidiary |

|  |  |
|---|---|
| October 24, 2007 | Signature    s/J. Walton Jackson |
| Date | Counsel:  J. Walton Jackson |
|  | Trimac Transportation, Inc. and Charles A. Garcia |
|  | Counsel For |
|  | Armbrecht Jackson LLP |
|  | Post Office Box 290 |
|  | Mobile, Alabama  36601 |
|  | 251-405-1300 |
|  | 251-432-6843-Facsimile |

**CERTIFICATE OF SERVICE**

I certify that on  October 24, 2007   , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Grady A. Reeves
Matthew M. Baker
Cervera, Ralph & Reeves, LLC
Post Office Box 325
Troy, Alabama  36081

/s/ J. Walton Jackson

-2-