IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILEY SANDERS TRUCK LINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:07CV829-WKW |
| | § | |
| TRIMAC TRANSPORTATION, INC., and CHARLES A. GARCIA, | § | |
| | § | |
| Defendants. | § | |

**CONFLICT DISCLOSURE STATEMENT**

Comes now Charles A. Garcia, a defendant in the above-captioned matter, and in accordance with the order of this court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

√  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reported Entity            Relationship to Party

None_____    _____

_____    _____

|  |  |
|---|---|
|  |  |

November 30, 2007           Signature    *s/J. Walton Jackson*
Date                                     Counsel:  J. Walton Jackson
                                         Trimac Transportation, Inc. and Charles A. Garcia
                                         Counsel For
                                         Armbrecht Jackson LLP
                                         Post Office Box 290
                                         Mobile, Alabama  36601
                                         251-405-1300
                                         251-432-6843-Facsimile

**CERTIFICATE OF SERVICE**

I certify that on  November 30, 2007   , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Grady A. Reeves
Matthew M. Baker
Cervera, Ralph & Reeves, LLC
Post Office Box 325
Troy, Alabama  36081

*/s/ J. Walton Jackson*