IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILEY SANDERS TRUCK LINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | | CIVIL ACTION NO. 07-829-WKW |
| | § | |
| TRIMAC TRANSPORTATION, INC., and CHARLES A. GARCIA, | § | |
| | | |
| Defendants. | § | |

## NOTICE OF FILING INITIAL DISCLOSURES

Comes now defendants Trimac Transportation Services (Western), Inc. and Charles Garcia, and files this notice of filing its Initial Disclosures.

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:   (251) 405-1300
Facsimile:    (251) 432-6843


By: *s/ J. Walton Jackson*
     J. WALTON JACKSON (JAC060)
         jwj@ajlaw.com

Attorneys for Defendants, Trimac Transportation Services (Western), Inc. and Charles A. Garcia

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:
Grady A. Reeves
Matthew M. Baker
CERVERA, RALPH, & REEVES, LLC

914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081


                                             __*s/ J. Walton Jackson*_____