**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **WILEY SANDERS TRUCK LINES, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv829-WKW |
| | ) |
| **TRIMAC TRANSPORTATION, INC.,** and **CHARLES A. GARCIA,** | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S WITNESS LIST**

COMES NOW, the Plaintiff in the above named matter, by and through counsel, and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Uniform Scheduling Order entered by this Honorable Court, does hereby provide the Defendants with the potential witnesses to be called by the Plaintiff at trial:

1. Names of each individual that is a potential witness to be called at trial by the Plaintiff:

    A. Driscoll Colquett;
       1 Sanders Road
       Troy, AL, 36079
       (334) 566-5184.

    B. Eddie J. Day;
       1 Sanders Road
       Troy, AL, 36079
       (334) 566-5184.

    C. Michael G. Hafley;
       818 S. Perry St.
       Montgomery, AL, 36104
       334-242-5649.

    D. David Nelson;
       1 Sanders Road
       Troy, AL, 36079
       (334) 566-5184.

    E.    Daniel Walker;
        1 Sanders Road
        Troy, AL, 36079
        (334) 566-5184.

    F.    State Trooper W. Wright (#1053);
        301 South Ripley St.,
        Montgomery, AL 36104;
        334-242-4371.

    G.    Charles A. Garcia
        P.O. Box 3983
        Haywood, CA 94540
        562-673-8183

2. Any witness on the Defendant's witness list.

3. The Plaintiff reserves the right to call additional witnesses for impeachment purposes, as necessary for foundation or authentication purposes, or any witness listed by the Defendants on their witness list. The Plaintiff further states that the Plaintiff reserves the right to call additional witnesses identified in the course of its continuing investigation of this matter. The Plaintiff further reserves the right to designate for introduction as evidence at trial the deposition testimony, or portions thereof, of any witness deposed in this matter.

Respectfully submitted this the 15th day of May, 2008.

                                          **s/ Grady A. Reeves**
                                          Grady A. Reeves (REE042)
                                          N.J. Cervera (CER001)
                                          Matthew M. Baker (BAK017)
                                          Attorneys for the Plaintiff

OF COUNSEL:
Cervera, Ralph & Reeves, LLC
P. O. Box 325
914 South Brundidge Street
Troy, Alabama 36081
(334) 566-0116
(334) 566-4073 fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document to all persons listed below by CMF/Electronic Mail and/or by placing the same in the U.S. Mail, postage prepaid and properly addressed to:

J. Walton Jackson
Ambrecht Jackson, LLP
P.O. Box 290
Mobile, Alabama 36601

this the 15th day of May, 2008.

                                      **s/ Grady A. Reeves**
                                      OF COUNSEL