# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| WILEY SANDERS TRUCK LINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | | CIVIL ACTION NO. 07-829-WKW |
| | § | |
| TRIMAC TRANSPORTATION, INC., and CHARLES A. GARCIA, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF FILING DISCOVERY

Come now defendants, Trimac Transportation (Western), Inc. and Charles A. Garcia, and give notice that on June 13, 2008, they served the following on the other parties in this action:

1. Witness List of Defendants Charles A. Garcia and Trimac Transportation (Western), Inc;

2. Notice of Rule 30(b)(6) Deposition of Plaintiff, Wiley Sanders Truck Lines, Inc., with Rule 30(b)(5) Request; and

2. Notice of the Deposition of Eddie J. Day.

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:   (251) 405-1300
Facsimile:   (251) 432-6843

>By: *s/ J. Walton Jackson*
>J. WALTON JACKSON (JAC060)
>jwj@ajlaw.com
>
>Attorneys for Defendants, Trimac Transportation (Western), Inc. and Charles A. Garcia

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

>Grady A. Reeves
>Matthew M. Baker
>CERVERA, RALPH, & REEVES, LLC
>914 South Brundidge Street
>P.O. Box 325
>Troy, Alabama 36081


>*s/ J. Walton Jackson*

-2-