**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **WILEY SANDERS TRUCK LINES, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv829-WKW |
| ) | |
| **TRIMAC TRANSPORTATION, INC.,** ) | |
| **and CHARLES A. GARCIA,** ) | |
| ) | |
| Defendants. ) | |

**REPORT OF PARTIES' SETTLEMENT CONFERENCE**

COMES NOW the Plaintiff, in the above named matter by and through counsel and pursuant to this Court's order, does hereby provide this Honorable Court with a report pertaining to the settlement conference:

1. Counsel for the Plaintiff and the Defendants met face to face on the afternoon of Thursday, June 26, 2008 at the offices of the counsel for the Plaintiff in Troy, Alabama.

2. Several matters pertaining to the case were discussed including prospects for settlement.

3. While no formal offers of settlement were made, counsel agreed to speak more with their respective clients and further communicate offers in the near future.

4. Mediation is not opposed by the Plaintiff or the Defendant in this matter.

                                              **s/ Grady A. Reeves**
                                              Grady A. Reeves (REE042)
                                              Matthew M. Baker (BAK017)
                                              Attorneys for the Plaintiff

OF COUNSEL:
Cervera, Ralph & Reeves, LLC
P. O. Box 325
914 South Brundidge Street
Troy, Alabama 36081
(334) 566-0116
(334) 566-4073 fax

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the above and foregoing upon all parties of record in this cause by electronic filing and/or placing a copy of same in the United States mail, prepaid postage, addressed as follows on this the 11th day of July, 2008:

J. Walton Jackson
Ambrecht Jackson, LLP
P.O. Box 290
Mobile, Alabama 36601

                **s/ Grady A. Reeves**
                OF COUNSEL