IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILEY SANDERS TRUCK LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-829-WKW |
| ) | |
| TRIMAC TRANSPORTATION, INC., *et al.*, ) | |
| ) | |
| Defendants ) | |

## **ORDER**

On July 11, 2008, the parties filed a Report of Parties' Settlement Conference (Doc. # 23), and neither the plaintiff nor the defendants are opposed to mediation. The court reminds the parties that the magistrate judge assigned to this case can serve as a mediator at no charge. It is ORDERED that the parties shall participate in a mediation **on or before August 29, 2008**, and they shall report to the court of the status of mediation no more than five days later.

DONE this 15th day of July, 2008.

                                           /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE