IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILEY SANDERS TRUCK LINES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv829-WKW |
| ) | |
| TRIMAC TRANSPORTATION, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 26, 2008, the court held a mediation conference in this case.  At the conclusion of the conference, the parties announced to the court that they had reached an amicable settlement of all issues.  Accordingly, it is

ORDERED that on or before September 9, 2008, the parties shall file a joint stipulation for dismissal.

Done this 26th day of August, 2008.

                                           /s/Charles S. Coody
                                           CHARLES S. COODY
                                           UNITED STATES MAGISTRATE JUDGE